IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| STEPHANIE BROWN, on behalf of herself and others similarly situated, | : : Case No. 8:22-cv-01382-TPB-CPT : |
| Plaintiff, | : : |
| v. | : **CLASS ACTION** : |
| EGV COMPANIES, INC. | : : |
| Defendant. | : : : / |

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Stipulation of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Stipulation of Dismissal.

Dated: October 25, 2022         Respectfully submitted,

/s/ Avi R. Kaufman
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Attorneys for Plaintiff and the putative class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Avi R. Kaufman